IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAWRENCE E. LUPIEN, | ) | |
| | ) | |
| Petitioner, | ) | 4:01cv3208 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| HAROLD W. CLARKE, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to filing no. 50, the Judgment of the United States Court of Appeals for the Eighth Circuit, filed in the above-entitled case on April 25, 2005, this case is on remand for further proceedings in accordance with the Eighth Circuit's decision (filing no. 49). In Lupien v. Clarke, No. 04-1618 (8th Cir. March 31, 2005), the Eighth Circuit remanded this case for entry of judgment dismissing the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("§ 2254 petition") filed by the petitioner, Lawrence E. Lupien. Therefore, in accordance with the Eighth Circuit's decision and Judgment, the petitioner's § 2254 petition is denied and dismissed with prejudice. Judgment will be entered accordingly.

SO ORDERED.

DATED this 26th day of April, 2005.

BY THE COURT:

s/ RICHARD G. KOPF
United States District Judge